**Order entered March 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01321-CR
### No. 05-19-01563-CR

## DONNIE RAY JONES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F17-71725-V & F17-57638-V

## ORDER

Appellant's brief is over thirty days past due. We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute these appeals, whether appellant has abandoned the appeals, or whether appointed counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's

presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; to Jeff P. Buchwald; and to the Dallas County District Attorney's Office.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated twenty days from the date of this order or when the findings are received, whichever is earlier.

/s/    LANA MYERS
JUSTICE